# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JENNIFER LYNN JOHNSON, | ) | CASE NO. 1:18-CV-1356 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge David A. Ruiz, recommending that this Court affirm the Commissioner's decision denying plaintiff Jennifer L. Johnson's applications for a period of disability, disability insurance benefits, and supplemental security income. (Doc. No. 15.)

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court. A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The fourteen-day period has elapsed, and no objections have been filed nor has any extension of time been sought. The failure to file written objections to a magistrate judge's report and recommendation constitutes a waiver of a de novo determination by the district court of an issue

covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed the magistrate judge's report and recommendation and accepts and adopts the same. Accordingly, the Court affirms the decision of the Commissioner and dismisses plaintiff's case in its entirety.

**IT IS SO ORDERED**.

Dated: July 1, 2019

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**